# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 29, 2014

146354

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

KENNETH CARL GRONDIN, III,
      Defendant-Appellee.

SC: 146354
COA: 311295
Lapeer CC: 12-010954-FC

_____/

      By order of May 22, 2013, the application for leave to appeal the October 25, 2012 order of the Court of Appeals was held in abeyance pending the decision in *People v Tanner* (Docket No. 146211). On order of the Court, the case having been decided on June 23, 2014, 496 Mich 199 (2014), the application is again considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 29, 2014



Clerk

p0922